428 A.2d 698

Commonwealth v. Eaton, Appellant.

Argued November 15, 1979. Edward G. Petrillo, for appellant; Richard A. Hernan, Jr., District Attorney, for Commonwealth, appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.